UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER AGUILAR,

       Plaintiff,

v.

DTE ENERGY COMPANY,
et al.,

       Defendants.
_____/

Case No. 2:20-cv-11451

HONORABLE STEPHEN J. MURPHY, III

### ORDER DISMISSING THE CASE WITHOUT PREJUDICE

On September 28, 2020, Defense Counsel emailed the Court's staff that the parties had settled their dispute. The Court will therefore dismiss the case without prejudice and require the parties to file their closing documents dismissing the case with prejudice no later than November 1, 2020. And, because the case settled, the Court will cancel the scheduling conference currently set for October 7, 2020.

**WHEREFORE,** it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the Parties shall **FILE** their closing documents dismissing the case with prejudice by **November 1, 2020.**

2

**IT IS FURTHER ORDERED** that the scheduling conference set for **October 7, 2020** is **CANCELLED.**

**SO ORDERED.**

s/ Stephen J. Murphy, III  
STEPHEN J. MURPHY, III  
United States District Judge

Dated: September 29, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 29, 2020, by electronic and/or ordinary mail.

s/ David P. Parker  
Case Manager